Goldsmith & Hull A.P.C./File No. C-59725
William I. Goldsmith (SBN 82183)
Jack D. Hull (SBN 91879)
Michael L. Goldsmith (SBN 291700)
16933 Parthenia Street Suite 110
Northridge, CA 91343
Phone: (818) 990-6600
Fax: (818) 990-6140
govdept1@goldsmithcalaw.com

JS-6

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BEATRICE D. MARSHALL<br><br>Defendant | Case No.: CV10-05303 PJW<br><br>**ORDER** |

IT IS HEREBY ORDERED, that the above-captioned case be dismissed without prejudice.

IT IS SO ORDERED.

Dated:  May 11, 2015

_Patrick J. Walsh_

_____

PATRICK J. WALSH, MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT